UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLANCHE RENE HAYWARD,

    Plaintiff,                                    Case No. 1:11-cv-965

v                                            HON. JANET T. NEFF

KIM KRANICH, et al.,

    Defendants.
_____/

**OPINION AND ORDER**

      This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On October 25, 2011, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) on grounds that the complaint fails to state a claim upon which relief can be granted. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation.  In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made.  The Court denies the objections and issues this Opinion and Order.

      Plaintiff makes no arguments in her Objections, but rather merely repeats her allegations as conclusions along with bare citations to legal authority (Pl. Obj., Dkt 10 at 1-2).  Because Plaintiff has not challenged the Magistrate Judge's reasoning or conclusions, the Report and Recommendation is properly adopted as the Opinion of the Court.

A Judgment will be entered consistent with this Opinion and Order.  See FED. R. CIV. P. 58. For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objections (Dkt 10) are DENIED, and the Report and Recommendation (Dkt 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.

Date:  March  9 , 2012         /s/ Janet T. Neff
                               JANET T. NEFF
                               United States District Judge